**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by..."
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: CLAIRE BENNETT RUDDER | COURT CASE NUMBER: 3:02CV1220(JCH)(HBF) |
| DEFENDANT: DEPARTMENT OF JUSTICE | TYPE OF PROCESS: COMPLAINT - Summons |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPARTMENT OF JUSTICE — Attorney General's Office
ADDRESS: 950 Pennsylvania Avenue, N.W. Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Claire Bennett #46716-053
Federal Prison Camp
Rt 37 Pembroke Station
Danbury Ct. 06811

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / Official Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 9/23/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.L.W. | 10/3/02 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/0/02    Time: ___ am/pm
Signature of U.S. Marshal or Deputy: Q.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
* Mailed - 10/3/02 - *Z 718-500-762
Returned 3/13/03 - Executed

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Claire B. Rudder

V.

Dept of Justice, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:02cv1220(JCH)

TO: U.S. Department of Justice
All Defendants Official Capacity
950 Pennsylvania Ave, N.W.
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Claire B. Rudder # 46176053
Federal Prison Camp
Rte 37 Pembroke Station
Danbury, CT 06811

an answer to the complaint which is herewith served upon you, within __60__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Rody Jaiman
By Deputy Clerk

September 25, 2002
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* / B. Date of Delivery<br>Signature — ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br><br>U S DEPARTMENT OF JUSTICE<br>U S ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001<br><br>3:02CV1220 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7099-3400-0009-4517-3482 | |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-99-M-1789 |

Stamp: RECEIVED U.S. MARSHAL — 02 OCT 21 PM 2:31 — DISTRICT OF CONNECTICUT